# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-16-00107-CR
NO. 03-16-00110-CR
NO. 03-16-00111-CR
NO. 03-16-00112-CR

**Jeffrey Allen Culpepper, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
NOS. CR2015-082, CR2015-081, CR2015-158 & CR2014-478
HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

# M E M O R A N D U M   O P I N I O N

On August 31, 2015, appellant was convicted of four different offenses and sentenced to ten years in prison. He filed neither a motion for new trial nor an appeal from the judgments of conviction. *See* Tex. R. App. P. 26.2(a)(2). On January 20, 2016, appellant filed a "Motion for Shock Probation" in the trial court and on February 18, the trial court denied that motion. *See* Tex. Code Crim. Proc. art. 42.12, § 6 (extending trial court's jurisdiction 180 days to impose community supervision under certain circumstances).

On February 22, appellant filed his notices of appeal, appealing from the trial court's denial of his motion for shock probation. The order from which these appeals were taken is not an appealable order. "[A]n order entered pursuant to Article 42.12 § 6 is not appealable." *Dodson v.*

*State*, 988 S.W.2d 833, 834 (Tex. App.—San Antonio 1999, no pet.) (citing *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977)).  Appellant did not appeal from the trial court's final judgments of conviction, and this Court does not have jurisdiction over these appeals.  *See* Tex. R. App. P. 26.2(a)(1).  Accordingly, we dismiss the appeals for lack of jurisdiction.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:  April 15, 2016

Do Not Publish

2